IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| THE HYDE MUHLER CORP., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:04-cv-64 |
| | ) | |
| JOE NATHAN WARD, *et al.*, | ) | |
|     Defendants. | ) | |

## MEMORANDUM AND ORDER

This case was administratively closed by the court on March 17, 2005 in order to allow defendant Ward sufficient time to close on a loan and secure funds to pay the debt defendants admit is owed to plaintiff. Ward was given forty-five (45) days to settle this matter with plaintiff.

It appears to the court that defendant Ward has failed to honor his representations to the court. Accordingly, it is **ORDERED** that this case be **REOPENED**. A review of the record reveals that plaintiff is entitled to summary judgment on its motion [Doc. 16]; accordingly, the motion is **GRANTED** and judgment in the amount of $250,000.00 is hereby entered against defendants. Plaintiff's motion to compel the deposition of defendant Ward [Doc. 25] is **GRANTED**. Plaintiff's motion for sanctions [Doc. 23] shall be **HELD IN ABEYANCE** until such time as plaintiff secures

defendant Ward's deposition.

**IT IS SO ORDERED.**

            **ENTER:**

              **s/Thomas W. Phillips**
            **UNITED STATES DISTRICT JUDGE**