UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| THE HYDE MUHLER CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 3:04-cv-64 |
| ) | PHILLIPS |
| JOE NATHAN WARD et al., ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS

The plaintiff, through counsel, has moved the court to issue sanctions against defendant Joe Ward for his failure to attend a properly noticed deposition on February 12, 2007.

The Federal Rules of Civil Procedure, Rule 37(b) and (d), allow this court to make such orders that are just. A just order would award costs and attorney fees to the plaintiff for the defendant Joe Ward's refusal to attend his deposition. The fees for the deposition which he did not attend, for the subsequent communication designed to avoid this motion and reschedule the deposition, along with this motion amount to five hours of legal work, plus the per diem of the court reporter.

                    LAW OFFICES OF J.D. LEE

                    By:    s/ David C. Lee
                           David C. Lee, BPR# 015217
                           Attorney for Plaintiff

LAW OFFICES OF J.D. LEE
422 S. Gay Street, 3rd Floor
Knoxville, Tennessee 37902
865-544-0101

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 5, 2007 a copy of the foregoing Memorandum was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

          LAW OFFICES OF J.D. LEE


          By: <u>s/ David C. Lee</u>